Form B3B
(12/14)

United States Bankruptcy Court
Eastern District of Virginia
_____Alexandria_____ Division

In re: **Michael Opoku Agyeman**                                            Case No. **15-10820-BFK**

        Debtor(s)

# ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[×] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ] DENIED. _____
                 _____

    [ ] The debtor shall pay the chapter 7 filing fee, in installments, according to the following terms:

    $ 100.00 Due:  _[14 days from entry]_ , 20 ___ .

    $ 105.00 Due:  _[One mo. from entry]_ , 20 ___ .

    $ 130.00 Due:  _[Two mos. from entry]_ , 20 ___ .

    [ ] The debtor may not pay the chapter 7 filing fee in installments, and the full fee is :
        $ _____  Due: _____, 20 ___.

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. The debtor must also pay the entire filing fee to receive a discharge.

Debtor(s) not represented by counsel must submit installment fee in the exact amount due in either cash*, cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court." Personal checks of the debtor(s) cannot be accepted.
*Cash is not accepted in the Newport News Division.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT SHALL DISMISS THE DEBTOR'S CHAPTER 7 CASE AND THE DEBTOR'S RIGHTS IN FUTURE BANKRUPTCY CASES MAY BE AFFECTED. UPON DISMISSAL OF THE CASE, THE REMAINING FILING FEE IS NONETHELESS DUE AND PAYABLE WITHIN 14 DAYS FOLLOWING DISMISSAL OF THE CASE AND SUBSEQUENT APPLICATIONS TO PAY FILING FEES IN INSTALLMENTS WILL BE DENIED UNTIL ALL PRIOR FILING FEES ARE PAID IN FULL.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on
_____ at _____ at <Select Location> _____ .
                                      (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

Date: _Mar 13 2015_____                    /s/ Brian F. Kenney_____
                                                              United States Bankruptcy Judge

                                                              NOTICE OF JUDGMENT OR ORDER
                                                              ENTERED ON DOCKET:

                                                              March 13, 2015_____